UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BENJAMIN ABNER GOMEZ, <br> Defendant. | Criminal Case No. 07CR1825-DMS <br> **ORDER AND JUDGMENT** |

This matter comes before the Court on the United States' motion to dismiss the indictment.

IT IS HEREBY ORDERED that the indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

Dated: November 6, 2018

Hon. Dana M. Sabraw
United States District Judge